**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DONALD RAY DISON, JR.,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,

Defendant.

Case No. 1:26-cv-04110 JLT SAB

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITH PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

(Doc. 11)

Donald Ray Dison Jr. asserts that he suffered violations of his civil rights while in the custody of the California Department of Corrections and Rehabilitation. (*See* Doc. 7.) The magistrate judge screened Plaintiff's complaint and found that Plaintiff failed to state a cognizable claim. (Doc. 8 at 3-7.) The Court granted Plaintiff leave to amend and directed him to file any amended complaint within 30 days. (*Id.* at 8.) Plaintiff was also warned that if he failed to file an amended complaint, the action would be subject to dismissal. (*Id.*) To date, Plaintiff has not filed an amended complaint or otherwise responded to the order.

The magistrate judge issued Findings and Recommendations, reiterating the findings of the Screening Order and recommending the Court dismiss for failure to state a claim. (Doc. 11 at 2-7.) The magistrate judge also found Plaintiff failed to comply with the Court's order and failed to prosecute this case by not filing any amended complaint, and terminating sanctions were appropriate for these failures. (*Id.* at 7-9.) Therefore, the magistrate judge recommended

the Court dismiss the action "for Plaintiff's failure to comply with a court orders, failure to prosecute, and failure to state a cognizable claim for relief." (*Id.* at 10.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 11 at 10.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate judge's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) The Court returned the Findings and Recommendations as undeliverable on September 16, 2026. To date, Plaintiff has not filed objections or a notice of change of address with the Court.[1]

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated September 3, 2026 (Doc. 11) are **ADOPTED** in full.
2. The action is **DISMISSED** with prejudice for Plaintiff's failure to state a claim, failure to comply with the Court's order, and failure to prosecute.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 2, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

[1] Pursuant to Local Rule 183(b), any notice of change of address was due within 30 days, or no later than October 16, 2026. Absent such notice, the Court's service on Plaintiff at the only address on record is deemed fully effective. Local Rule 182(f).